# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 96-00044-001 |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| E. J. DEORO aka ) | |
| ERLINDA JANE DEORO ) | |
| Defendant. ) | |

       On May 28, 1998, E.J. DeOro aka Erlinda Jane DeOro, was sentenced to 78 months imprisonment followed by a four year term of supervised release with conditions to participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of narcotics use or abuse; obtain and maintain gainful employment; perform 300 hours of community service; and pay a $50 special assessment fee. On February 7, 2006, conditions were modified to include the condition that the defendant refrain from any unlawful use of a controlled substance. The defendant was ordered to submit to one drug test within 15 days from release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation office.

       Ms. DeOro paid the $50 special assessment fee on October 2, 1998. She satisfied the DNA collection requirement on September 6, 2006 and is performing community service as scheduled.

       Ms. DeOro is requesting to travel to Saipan, Commonwealth of the Northern Mariana Islands, on April 27, 2007 for a vacation. She will return to Guam on April 29, 2007.

       This Officer supports her request and recommends that she be granted permission to travel.

       Respectfully submitted,

       FRANK MICHAEL CRUZ
       Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
       U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

E.J. DeOro aka Erlinda Jane DeOro
USDC Cr. Cs. No. 96-00044-001
SSN: XXX-XX-4995
DOB: XX-XX-1956
HT: 5'4"; WT: 170 lbs.



DATE    **April 20, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO    **Saipan, Northern Mariana Islands**

LEAVING    **April 27, 2007**    AND RETURNING    **April 29, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your supervised release conditions while on travel status.**

2. **Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **Report in person to the U.S. Probation Office District of Guam on Monday, April 30, 2007.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME    **N/A**      ☐ **APPROVED**    ☐ **DISAPPROVED**
ADDRESS