| | | |
|---|---|---|
| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |



E.J. DeOro aka Erlinda Jane DeOro
USDC Cr. Cs. No. 96-00044-001
SSN: XXX-XX-4995
DOB: XX-XX-1956
HT: 5'4"; WT: 170 lbs.

DATE **April 20, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO   **Saipan, Northern Mariana Islands**

LEAVING   **April 27, 2007**   AND RETURNING   **April 29, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT HIS OFFICE.

PURPOSE OF THIS TRIP:

**Vacation.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Abide by your supervised release conditions while on travel status.**

2. **Call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized.**

3. **Report in person to the U.S. Probation Office District of Guam on Monday, April 30, 2007.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ GRACE D. FLORES
UNITED STATES PROBATION OFFICER

NAME   **N/A**
ADDRESS

[X] **APPROVED**   [ ] **DISAPPROVED**

**/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 26, 2007**

Case 1:96-cr-00044   Document 40   Filed 04/26/2007   Page 1 of 1